B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Allegro Apartments, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**81-0565711** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2100 Valley Lo Lane<br>Glenview, IL**<br><div align=right>ZIP Code<br>**60025**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **4015 and 4037 Erie St.<br>522-528 Three Mile Road<br>831-833 College Ave<br>Racine, WI 53402** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Allegro Apartments, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Allegro Apartments, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Alex Pirogovsky**
Signature of Attorney for Debtor(s)

**Alex Pirogovsky 6256978**
Printed Name of Attorney for Debtor(s)

**Pirogovsky Law, Ltd.**
Firm Name
**3000 Dundee Road**
**Suite 318**
**Northbrook, IL 60062**

Address

**Email: alex@alexplaw.com**
**(847) 999-0832  Fax: (847) 580-4951**
Telephone Number
**May 22, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Mushinsky**
Signature of Authorized Individual
**Mark Mushinsky**
Printed Name of Authorized Individual
**Member**
Title of Authorized Individual
**May 22, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Allegro Apartments, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of America**<br>**PO Box 45144**<br>**Jacksonville, FL 32232-9923** | **Bank of America**<br>**PO Box 45144**<br>**Jacksonville, FL 32232-9923** | **Commercial Loan** | | **41,328.57** |
| **Chase Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **Chase Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **Credit Card** | | **36,154.11** |
| **City of Racine**<br>**Bin 88661**<br>**Milwaukee, WI 53288-0661** | **City of Racine**<br>**Bin 88661**<br>**Milwaukee, WI 53288-0661** | **2012 Real Estate Taxes - 4015, 4037 Erie St.; 822-828 Three Mile Road, Racine, WI** | | **8,733.00** |
| **City of Racine**<br>**Bin 88661**<br>**Milwaukee, WI 53288-0661** | **City of Racine**<br>**Bin 88661**<br>**Milwaukee, WI 53288-0661** | **2013 Real Estate Taxes - 1st and 2nd Installments - 831-833 College Ave.** | | **4,374.31** |
| **City of Racine**<br>**Bin 88661**<br>**Milwaukee, WI 53288-0661** | **City of Racine**<br>**Bin 88661**<br>**Milwaukee, WI 53288-0661** | **2012 Real Estate Taxes - 822-828 College Ave., Racine, WI** | | **443.00** |
| **City of Racine**<br>**Bin 88661**<br>**Milwaukee, WI 53288-0661** | **City of Racine**<br>**Bin 88661**<br>**Milwaukee, WI 53288-0661** | **2013 Property Taxes, 1st and 2nd Installments - 4015 and 4037 Erie St., 522-528 Three Mile Road** | | **46,809.41** |
| **Mar Val Builders, Inc.**<br>**c/o Alexander Bogachkov, Reg. Agent**<br>**4020 Greenleaf**<br>**Skokie, IL 60076** | **Mar Val Builders, Inc.**<br>**c/o Alexander Bogachkov, Reg. Agent**<br>**4020 Greenleaf**<br>**Skokie, IL 60076** | | | **17,718.00** |
| **Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** | **Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** | **831-833 College Ave. Racine, WI 53403 12 Units in 1 building** | **Unliquidated** | **200,000.00**<br><br>**(160,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Allegro Apartments, LLC**                                      Case No.                                
                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Olive Portfolio, LLC c/o Freeborn & Peters LLP 311 S. Wacker, Ste. 3000 Chicago, IL 60606** | **Olive Portfolio, LLC c/o Freeborn & Peters LLP 311 S. Wacker, Ste. 3000 Chicago, IL 60606** | **831-833 College Ave. Racine, WI 53403 12 Units in 1 building** | **Unliquidated** | **2,400,000.00 (160,000.00 secured) (200,000.00 senior lien)** |
| **Olive Portfolio, LLC c/o Freeborn & Peters LLP 311 S. Wacker, Ste. 3000 Chicago, IL 60606** | **Olive Portfolio, LLC c/o Freeborn & Peters LLP 311 S. Wacker, Ste. 3000 Chicago, IL 60606** | **4015 and 4037 Erie Street 522-528 Three Mile Road Racine, WI 53402 96 Units in 4 buildings** | **Unliquidated** | **375,000.00 (2,200,000.00 secured) (2,400,000.00 senior lien)** |
| **Olive Portfolio, LLC c/o Freeborn & Peters LLP 311 S. Wacker, Ste. 3000 Chicago, IL 60606** | **Olive Portfolio, LLC c/o Freeborn & Peters LLP 311 S. Wacker, Ste. 3000 Chicago, IL 60606** | **4015 and 4037 Erie Street 522-528 Three Mile Road Racine, WI 53402 96 Units in 4 buildings** | **Unliquidated** | **200,000.00 (2,200,000.00 secured) (2,775,000.00 senior lien)** |
| **Olive Portfolio, LLC c/o Freeborn & Peters LLP 311 S. Wacker, Ste. 3000 Chicago, IL 60606** | **Olive Portfolio, LLC c/o Freeborn & Peters LLP 311 S. Wacker, Ste. 3000 Chicago, IL 60606** | **4015 and 4037 Erie Street 522-528 Three Mile Road Racine, WI 53402 96 Units in 4 buildings** | **Unliquidated** | **2,400,000.00<br><br>(2,200,000.00 secured)** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Allegro Apartments, LLC**
_____          Case No.  _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

  I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 22, 2014**
_____          Signature   **/s/ Mark Mushinsky**
                                             _____
                                             **Mark Mushinsky**
                                             **Member**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Allegro Apartments, LLC**                                                    ,    Case No. _____

                                                                    Debtor    Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,360,000.00 | | |
| B - Personal Property | Yes | 6 | 67,106.73 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,575,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 60,359.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 95,200.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 2,427,106.73 | | |
| Total Liabilities | | | | 5,730,560.40 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Allegro Apartments, LLC**                             ,      Case No. _____

                                             Debtor

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Allegro Apartments, LLC**                                                    ,    Case No. _____
                                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4015 and 4037 Erie Street**<br>**522-528 Three Mile Road**<br>**Racine, WI 53402**<br>**96 Units in 4 buildings** | **Fee simple** | - | **2,200,000.00** | **2,975,000.00** |
| **831-833 College Ave.**<br>**Racine, WI 53403**<br>**12 Units in 1 building** | **Fee simple** | - | **160,000.00** | **2,600,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,360,000.00** | (Total of this page) |
| Total > | **2,360,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Allegro Apartments, LLC**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank Checking Acct. xxxx1158** | - | 200.00 |
| | | **Fifth Third Checking Account** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Fire Insurance Exchange Insurance Policy for Erie** | - | 0.00 |
| | | **Fire Insurance Exchange Insurance Policy for College Ave.** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 300.00 |
|---|---|---|
|  | (Total of this page) | |

___3___   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Allegro Apartments, LLC**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Past-Due Rent, 831-833 College Ave., Racine, WI See Schedule B-16 (College Ave.)** | - | 1,588.00 |
| | | **Past Due Rent 4015, 4037 Erie St., and 522-528 Three Mile Road, Racine, WI See Schedule B-16 (Erie St.)** | - | 10,300.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                Sub-Total >        **11,888.00**
                                                            (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Allegro Apartments, LLC**                                    ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Used office furnishings, supplies** | - | 400.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    400.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Allegro Apartments, LLC**

              Debtor

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Escrow Account for Payment of Real Estate Taxes paid to Sabal Financial Group, LP, servicer for Olive Portfolio, LLC, from January 2013 through July 2013 ($49,584.78 for Erie St. properties; $4,933.95 for College Ave. properties)** | - | 54,518.73 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 54,518.73 |
| Total > | 67,106.73 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# SCHEDULE B-16
# ERIE ST.

| Unit | Account Debtor | Amount Due |
|------|----------------|-----------|
| 109A | Angel Davy | $585.00 |
| 206A | Erica Oliver | $610.00 |
| 210A | Angela Cialdini | $585.00 |
| 102B | Sandra Steele | $585.00 |
| 105B | Betty Kyle | $585.00 |
| 106B | Crystal Quinones | $610.00 |
| 201B | Guadalupa Martinez | $585.00 |
| 203B | Janison Hiler | $575.00 |
| 206B | Daniela Martinez | $590.00 |
| 209B | Darleen Richardson | $575.00 |
| 103C | Delana Bursey | $575.00 |
| 106C | Sheila Smith | $500.00 |
| 112C | Shannon Poisel | $550.00 |
| 203C | Martica Winston | $610.00 |
| 209C | Amber Young | $585.00 |
| 211C | Lacreha Curry | $575.00 |
| 103D | Larissa Graig | $585.00 |
| 207D | Deontraye Parks | $435.00 |
|  | **TOTAL** | **$10,300.00** |

# SCHEDULE B-16
# COLLEGE AVE.

| Unit | Account Debtor | Amount Due |
|:---:|:---|---:|
| 2 | Shawon Hiler | $435.00 |
| 8 | Sheldon Reeves | $395.00 |
| 11 | Sharon Davis | $395.00 |
| 12 | Michael Hackirson | $395.00 |
| | **TOTAL** | **$1,620.00** |

B6D (Official Form 6D) (12/07)

In re **Allegro Apartments, LLC** , Case No. _____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx-x0000**<br><br>**Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** | X | - | **August 15, 2002**<br><br>**First Mortgage**<br><br>**4015 and 4037 Erie Street**<br>**522-528 Three Mile Road**<br>**Racine, WI 53402**<br>**96 Units in 4 buildings** | | X | | | |
| | | | Value $                2,200,000.00 | | | | 2,400,000.00 | 200,000.00 |
| Account No. **xxxxxxx-x0001**<br><br>**Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** | X | - | **May 7, 2004**<br><br>**Second Mortgage**<br><br>**4015 and 4037 Erie Street**<br>**522-528 Three Mile Road**<br>**Racine, WI 53402**<br>**96 Units in 4 buildings** | | X | | | |
| | | | Value $                2,200,000.00 | | | | 375,000.00 | 375,000.00 |
| Account No. **xxxxxxx-x0002**<br><br>**Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** | X | - | **May 6, 2005**<br><br>**Third Mortgage**<br><br>**4015 and 4037 Erie Street**<br>**522-528 Three Mile Road**<br>**Racine, WI 53402**<br>**96 Units in 4 buildings** | | X | | | |
| | | | Value $                2,200,000.00 | | | | 200,000.00 | 200,000.00 |
| Account No.<br><br>**Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** | | - | **May 2005**<br><br>**831-833 College Ave.**<br>**Racine, WI 53403**<br>**12 Units in 1 building** | | X | | | |
| | | | Value $                160,000.00 | | | | 200,000.00 | 40,000.00 |

|  |  |  |
|---|---|---|
| __1__    continuation sheets attached | Subtotal<br>(Total of this page) | 3,175,000.00    815,000.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Allegro Apartments, LLC**                                              ,        Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | February 2010 | | | | | |
| **Olive Portfolio, LLC** **c/o Freeborn & Peters LLP** **311 S. Wacker, Ste. 3000** **Chicago, IL 60606** | - | | **831-833 College Ave.** **Racine, WI 53403** **12 Units in 1 building** | | X | | | |
| | | | Value $                160,000.00 | | | | 2,400,000.00 | 2,400,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,400,000.00 | 2,400,000.00 |
| Total (Report on Summary of Schedules) | 5,575,000.00 | 3,215,000.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Allegro Apartments, LLC**                                                    ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>   1   </u>   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Allegro Apartments, LLC**

                                    Debtor

Case No. _____

,

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx. xxxx5002**<br><br>**City of Racine<br>Bin 88661<br>Milwaukee, WI 53288-0661** | | - | **2013 Property Taxes, 1st and 2nd Installments - 4015 and 4037 Erie St., 522-528 Three Mile Road** | | | | 46,809.41 | 0.00 | 46,809.41 |
| Account No. **xxxxxx xx. xxxx6000**<br><br>**City of Racine<br>Bin 88661<br>Milwaukee, WI 53288-0661** | | - | **2013 Real Estate Taxes - 1st and 2nd Installments - 831-833 College Ave.** | | | | 4,374.31 | 0.00 | 4,374.31 |
| Account No. **xxxxxx xx. xxxx5002**<br><br>**City of Racine<br>Bin 88661<br>Milwaukee, WI 53288-0661** | | - | **2012 Real Estate Taxes - 4015, 4037 Erie St.; 822-828 Three Mile Road, Racine, WI** | | | | 8,733.00 | 0.00 | 8,733.00 |
| Account No. **xxxxxx xx. xxxx6000**<br><br>**City of Racine<br>Bin 88661<br>Milwaukee, WI 53288-0661** | | - | **2012 Real Estate Taxes - 822-828 College Ave., Racine, WI** | | | | 443.00 | 0.00 | 443.00 |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 60,359.72 | 60,359.72 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 60,359.72 | 60,359.72 |

B6F (Official Form 6F) (12/07)

In re    **Allegro Apartments, LLC**                                      ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4946** <br><br> **Bank of America** <br> **PO Box 45144** <br> **Jacksonville, FL 32232-9923** | X | - | **Commercial Loan** | | | | 41,328.57 |
| Account No. **xxxx-xxxx-xxxx-5422** <br><br> **Chase Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | X | - | **Credit Card** | | | | 36,154.11 |
| Account No. <br><br> **Mar Val Builders, Inc.** <br> **c/o Alexander Bogachkov, Reg. Agent** <br> **4020 Greenleaf** <br> **Skokie, IL 60076** | | - | | | | | 17,718.00 |
| Account No. | | | | | | | |

___**0**___ continuation sheets attached

| | Subtotal <br> (Total of this page) | 95,200.68 |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 95,200.68 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re    **Allegro Apartments, LLC**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **See Schedule G-1, Attached hereto**<br>**4015, 4037 Erie St.**<br>**822-828 Three Mile Road**<br>**Racine, WI 53402** | **Residential Tenant Leases** |
| **See Schedule G-2, Attached hereto**<br>**831-833 College Ave.**<br>**Racine, WI 53403** | **Residential Tenant Leases** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

SCHEDULE G-1

| Addr | Bdrms | First Name | Last Name | Rent | Parking Rent | Promo Charge | Housing | Tenant | Received | H Rec | Total | Due | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101A | 2 | Anita | Bewa | $600.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $600.00 | |
| 103A | 2 | Bonnie | Oakley | $585.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $585.00 | |
| 104A | 2 | Maria | Garza | $585.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $585.00 | |
| 105A | 2 | Vacant | | | | | | | | | | | |
| 106A | 2 | Vacant | | | | | | | | | | | |
| 107A | 2 | Vacant | | | | | | | | | | | |
| 108A | 2 | Kyle | Nelson | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $585.00 | |
| 109A | 2 | Angel | Davy | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $585.00 | |
| 110A | 2 | Shirley | Moore | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $585.00 | |
| 111A | 2 | Brenda | Person | $610.00 | $25.00 | $0.00 | $318.00 | $287.00 | $287.00 | $318.00 | $0.00 | $610.00 | 9/1/2009 |
| 112A | 2 | Vacant | | | | | | | | | | | |
| 201A | 2 | Alvarez | Ivette | $550.00 | $75.00 | $0.00 | $135.00 | $462.00 | $488.00 | | $0.00 | $625.00 | |
| 202A | 2 | Vacant | | | | | | | | | | | |
| 203A | 2 | Latasha | Johnson | $550.00 | $25.00 | $0.00 | $0.00 | $625.00 | $625.00 | | $0.00 | $625.00 | |
| 204A | 2 | Yolanda | Gonzalez | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | | $0.00 | $575.00 | |
| 205A | 2 | Aaliyah | Almeshica | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | | $0.00 | $675.00 | |
| 206A | 2 | Erica | Oliver | $610.00 | $25.00 | $0.00 | $135.00 | $462.00 | $488.00 | | $0.00 | $610.00 | |
| 207A | 2 | Vacant | | | | | | | | | | | |
| 208A | 2 | Vacant | | | | | | | | | | | 8/19/2009 |
| 209A | 2 | Vacant | | | | | | | | | | | |
| 210A | 2 | Angela | Caldini | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $695.00 | |
| 211A | 2 | Luis | Villfane | $585.00 | $0.00 | $0.00 | $292.00 | $337.00 | $337.00 | | $0.00 | $636.00 | |
| 212A | 2 | Latasha | Formizy | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $595.00 | |
| 101B | 2 | Mario | Ocasio | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $646.00 | |
| 102B | 2 | Sandra | Steele | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $610.00 | 10/1/2007 |
| 103B | 2 | Bonnie | Pharicousseh | $585.00 | $0.00 | $0.00 | $0.00 | $610.00 | $610.00 | | $0.00 | $610.00 | |
| 104B | 2 | Vacant | | | | | | | | | | | |
| 105B | 2 | Betty | Kyle | $585.00 | $0.00 | $0.00 | $0.00 | $695.00 | | | $0.00 | $695.00 | an eviction |
| 106B | 2 | Crystal | Quinones | $585.00 | $25.00 | $0.00 | $0.00 | | $585.00 | | $0.00 | $610.00 | |
| 107B | 2 | Eula | Arnie | $620.00 | $0.00 | $0.00 | $0.00 | $646.00 | $646.00 | | $0.00 | $646.00 | an eviction |
| 108B | 2 | Penny | Arnie | $585.00 | $0.00 | $0.00 | $0.00 | $595.00 | $595.00 | | $0.00 | $595.00 | |
| 109B | 2 | Vacant | | | | | | | | | | | |
| 110B | 2 | Vacant | | | | | | | | | | | |
| 111B | 2 | Bobby | Miller | $585.00 | $0.00 | $0.00 | $0.00 | $610.00 | $610.00 | | $0.00 | $610.00 | |
| 112B | 2 | Anisa | Brooks | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | | $0.00 | $575.00 | |
| 201B | 2 | Guadalupe | Martinez | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $595.00 | |
| 202B | 2 | Zaneta | Bowens | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | | $0.00 | $585.00 | |
| 203B | 2 | Janison | Hiler | $585.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | | $0.00 | $575.00 | |
| 204B | 2 | Vacant | | $575.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $585.00 | |
| 205B | 2 | Vacant | | $575.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $575.00 | |
| 206B | 2 | Vacant | | | | | | | | | | | |

| Addr | Bdrms | First Name | Last Name | Rent | Parking Rent | Promo Charge | Housing | Tenant | Received | H Rec | Total Due | Notes | 5 day | 14 day |
|------|-------|------------|-----------|------|--------------|--------------|---------|--------|----------|-------|-----------|-------|-------|--------|
| 206B | 2 | Daniela | Martinez | $590.00 | $0.00 | $0.00 | $0.00 | $590.00 | | $0.00 | $590.00 | an eviction | | |
| 207B | 2 | Carolyn | Bewer | $585.00 | $25.00 | $0.00 | $327.00 | $258.00 | $258.00 | $327.00 | $610.00 | | | |
| 208B | 2 | Felecia | Taylor | $635.00 | $0.00 | $0.00 | $0.00 | $635.00 | $635.00 | $0.00 | $635.00 | | | |
| 209B | 2 | Darleen | Richardson | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | $0.00 | $575.00 | | | |
| 210B | 2 | Vacant | | | | | | | | | | | | |
| 211B | 2 | Donald | McLenan | $575.00 | $25.00 | $0.00 | $0.00 | $600.00 | $600.00 | $0.00 | $600.00 | Tracy | | |
| 212B | 2 | Vacant | | | | | | | | | | | | |
| 101C | 2 | Kashena | Spann | $585.00 | $0.00 | $0.00 | $226.00 | $359.00 | $359.00 | $226.00 | $585.00 | 10/1/2009 | | |
| 102C | 2 | Ken | Hinkle | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | $0.00 | $585.00 | | | |
| 103C | 2 | Deliana | Bursey | $575.00 | $0.00 | $0.00 | $0.00 | $576.00 | | $0.00 | $575.00 | an eviction | | |
| 104C | 2 | Vacant | | | | | | | | | | | | |
| 105C | 1 | Dennis | Quinn | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | $0.00 | $575.00 | | | |
| 106C | 1 | Shelia | Smith | $500.00 | $0.00 | $0.00 | $313.00 | $187.00 | $187.00 | $313.00 | $500.00 | | | |
| 107C | 1 | Gary | Anderson | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $0.00 | $500.00 | | | |
| 108C | 1 | Vacant | | | | | | | | | | | | |
| 109C | 2 | Trai | Lee | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | 575 | $0.00 | $575.00 | | | |
| 110C | 2 | Petrick | Kettledon | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | $0.00 | $585.00 | | | |
| 111C | 2 | Allen | Berry | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | $0.00 | $575.00 | | | |
| 112C | 2 | Shannon | Poiteel | $550.00 | $0.00 | $0.00 | $491.00 | $59.00 | $59.00 | $491.00 | $550.00 | | | |
| 201C | 2 | Maggie | Payne | $573.00 | $0.00 | $0.00 | $333.00 | $240.00 | $240.00 | $333.00 | $573.00 | | | |
| 202C | 2 | Janiffer | Davis | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | $0.00 | $575.00 | | | |
| 203C | 2 | Maritica | Winston | $610.00 | $0.00 | $0.00 | $0.00 | $610.00 | $610.00 | $0.00 | $610.00 | | | |
| 204C | 2 | Teresa | Simpson | $585.00 | $0.00 | $0.00 | $524.00 | $61.00 | $61.00 | $524.00 | $585.00 | | | |
| 205C | 2 | Lauren | Thomas | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $0.00 | $500.00 | | | |
| 206C | 1 | Latoria | Jhonson | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $0.00 | $500.00 | | | |
| 207C | 1 | Erica | Smith | $500.00 | $0.00 | $0.00 | $491.00 | $9.00 | $9.00 | $491.00 | $500.00 | | | |
| 208C | 1 | Kally | Tristano | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $0.00 | $500.00 | | | |
| 209C | 2 | Amber | Young | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | $0.00 | $585.00 | | | |
| 210C | 2 | Vacant | | | | | | | | | | | | |
| 211C | 2 | Lacretia | Curry | $575.00 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | $0.00 | $575.00 | | | |
| 212C | 2 | Vacant | | | | | | | | | | | | |
| 101D | 1 | Ann | Monroe | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | $0.00 | $435.00 | | | |
| 102D | 1 | Bogdan | Taney | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | $0.00 | $450.00 | | | |
| 103D | 2 | Larlissa | Graig | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | $0.00 | $585.00 | 9/15/2011 | | |
| 104D | 2 | Vacant | | | | | | | | | | | | |
| 105D | 2 | Lateisha | Marshall | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | $0.00 | $585.00 | | | |
| 106D | 2 | Leola | Ward | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $585.00 | $0.00 | $585.00 | | | |
| 107D | 1 | Joseph | Washington | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | $0.00 | $435.00 | | | |
| 108D | 1 | Marcie | Eanes | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | $0.00 | $435.00 | | | |
| 109D | 1 | Dennis | Creuziger | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | $0.00 | $435.00 | | | |

| Addr | Bdrms | First Name | | Rent | Parking Rent | Promo Charge | Housing | Tenant | Received | H Rec | Total | Due | Notes | 5 day | 14 day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110D | 1 | Alonzo | Brown | $500.00 | $25.00 | $0.00 | $0.00 | $525.00 | $525.00 | | $0.00 | $525.00 | | | |
| 111D | 1 | Darla | Bartlet | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | | $0.00 | $435.00 | | | |
| 112D | 1 | Artur | Pfeiler | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | | $0.00 | $500.00 | | | |
| 201D | 1 | George | Mitchell | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | | $0.00 | $435.00 | | | |
| 202D | 1 | Lawanda | Corey | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | | $0.00 | $435.00 | | | |
| 203D | 2 | Brian | Werle | $565.00 | $0.00 | $20.00 | $0.00 | $605.00 | $605.00 | | $0.00 | $605.00 | | | |
| 204D | 2 | Pequita | Lyons | $565.00 | $0.00 | $0.00 | $258.00 | $327.00 | $327.00 | $258.00 | $0.00 | $565.00 | | | |
| 205D | 2 | Candy | Coulter | $565.00 | $0.00 | $0.00 | $0.00 | $565.00 | $565.00 | | $0.00 | $565.00 | | | |
| 206D | 2 | Ramon | Pacheco | $550.00 | $0.00 | $0.00 | $0.00 | $550.00 | $550.00 | | $0.00 | $550.00 | | | |
| 207D | 2 | Deonfraye | Parks | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | | $0.00 | $435.00 | | | |
| 208D | 1 | Vacant | | | | | | | | | | | | | |
| 209D | 1 | Latrice | Evans | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | $435.00 | | $0.00 | $435.00 | | | |
| 210D | 1 | LaQuasia | Shannon Price | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | | $0.00 | $500.00 | | | |
| 211D | 1 | Vacant | | | | | | | | | | | | | |
| 212D | 1 | David | Browne | $495.00 | $0.00 | $0.00 | $0.00 | $495.00 | $495.00 | | $0.00 | $495.00 | | | |

SCHEDULE G-2

COLLEGE AVE 831-833

| Addr | Bdrms | First Name | Last Name | Rent | Parking Rent | Promo Charge | Housing | Tenant | Received | H Rec | Total | Due | Notes | Notes | 5 day | 14 day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Rosetta | Ervin | $435.00 | $0.00 | $0.00 | $239.00 | $196.00 | | | $0.00 | $435.00 | | 10/1/2009 | | |
| 2 | 1 | Shawon | Hiler | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | | | $0.00 | $435.00 | | | | |
| 3 | 1 | Carol | Munor | $435.00 | $0.00 | $0.00 | $0.00 | $435.00 | | | $0.00 | $435.00 | | 6/1/2004 | | |
| 4 | 1 | Vacant | | | | | | | | | | | | | | |
| 5 | 1 | Vacant | | | | | | | | | | | | | | |
| 6 | 1 | Vacant | | | | | | | | | | | | | | |
| 7 | 1 | Joseph | Owens | $395.00 | $0.00 | $0.00 | $0.00 | $395.00 | | | $0.00 | $395.00 | | | | |
| 8 | 1 | Sheldon | Reeves | $395.00 | $0.00 | $0.00 | $0.00 | $395.00 | | | $0.00 | $395.00 | | | | |
| 9 | 1 | Bonnie | Bauman | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 | | | $0.00 | $375.00 | | 5/1/2000 | | |
| 10 | 1 | Kenneth | Bell | $395.00 | $0.00 | $0.00 | $0.00 | $395.00 | | | $0.00 | $395.00 | | | | |
| 11 | 1 | Sharon | Davis | $395.00 | $0.00 | $0.00 | $0.00 | $395.00 | | | $0.00 | $395.00 | | | | |
| 12 | 1 | Michael | Hackinson | $395.00 | $0.00 | $0.00 | $0.00 | $395.00 | | | $0.00 | $395.00 | | | | |

B6H (Official Form 6H) (12/07)

.

In re    **Allegro Apartments, LLC**                                          ,    Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Asya Mushinskiy**<br>    **Personal Guaranty** | **Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** |
| **Asya Mushinskiy**<br>**2100 Valley Lo lane**<br>**Glenview, IL 60025**<br>    **Personal Guaranty** | **Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** |
| **Asya Mushinskiy**<br>**2100 Valley Lo lane**<br>**Glenview, IL 60025**<br>    **Personal Guaranty** | **Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** |
| **Asya Mushinskiy**<br>    **Personal Guaranty** | **Bank of America**<br>**PO Box 45144**<br>**Jacksonville, FL 32232-9923** |
| **Mark Mushinskiy**<br>**2100 Valley Lo lane**<br>**Glenview, IL 60025**<br>    **Personal Guaranty** | **Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** |
| **Mark Mushinskiy**<br>**2100 Valley Lo lane**<br>**Glenview, IL 60025**<br>    **Personal Guaranty** | **Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** |
| **Mark Mushinskiy**<br>**2100 Valley Lo lane**<br>**Glenview, IL 60025**<br>    **Personal Guaranty** | **Olive Portfolio, LLC**<br>**c/o Freeborn & Peters LLP**<br>**311 S. Wacker, Ste. 3000**<br>**Chicago, IL 60606** |
| **Mark Mushinskiy**<br>**2100 Valley Lo lane**<br>**Glenview, IL 60025** | **Chase Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Mark Mushinskiy**<br>**2100 Valley Lo lane**<br>**Glenview, IL 60025**<br>    **Personal Guaranty** | **Bank of America**<br>**PO Box 45144**<br>**Jacksonville, FL 32232-9923** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Allegro Apartments, LLC**

Debtor(s)

Case No. _____

Chapter **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**20**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 22, 2014** _____

Signature    **/s/ Mark Mushinsky** _____
**Mark Mushinsky**
**Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Allegro Apartments, LLC__                                                    Case No. _____

                                              Debtor(s)                    Chapter      __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$152,000.00** | **2014 Gross Income to date** |
| **$-3,673.00** | **2013: Net Loss** |
| **$-40,954.00** | **2012: Net Loss** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

---

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **W.E. Energies**<br>**231 W. Michigan St.**<br>**Milwaukee, WI 53203** | **Monthly Gas Bill** | **$24,375.03** | **$0.00** |
| **Mar Val Builders, Inc.**<br>**c/o Alexander Bogachkov, Reg. Agent**<br>**4020 Greenleaf**<br>**Skokie, IL 60076** | | **$90,000.00** | **$17,718.00** |
| **Sergej Jastrebov**<br>**2022 W. Marcon St.**<br>**Milwaukee, WI 53211** | **February through May 2014**<br>**Maintenance** | **$8,533.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Asya Mushinskiy**<br>**2100 Valley Lo Lane**<br>**Glenview, IL 60025**<br>    **50% Owner/Property Manager** | **Salary/Distribution**<br>**payments throughout last**<br>**12 mo.** | **$42,000.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Olive Portfolio, LLC v. Allegro Apartments, LLC, et al.**<br>**Case No. 13-CV-2048** | **Mortgage Foreclosure** | **Racine County, WI Circuit Court** | **Pending** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **United States v. Allegro Apartments, LLC, et al.**<br>**Case No. 13-C-1358** | **Violating of Fair Housing Act** | **United States District Court**<br>**Eastern District of Wisconsin** | **Consent Decree entered January 2014** |
| **Allegro Apartments, LLC v. Harris**<br>**Case No. 2013 SC 2034** | **Eviction** | **Racine County Circuit Court**<br>**Racine, WI** | **Eviction order entered May 2013; money portion dismissed June 2013** |
| **Allegro Apartments, LLC v. Sutton**<br>**Case No. 2013 SC 2400** | **Eviction** | **Racine County Circuit Court**<br>**Racine, WI** | **Eviction order entered June 2013; money portion dismissed July 2013** |
| **Allegro Apartments, LLC v. Thomas**<br>**Case No. 2013 SC 3673** | **Eviction** | **Racine County Circuit Court**<br>**Racine, WI** | **Eviction order entered August 2013; money portion dismissed September 2013** |
| **Allegro Apartments, LLC v. Michael**<br>**Case No. 2013 SC 3878** | **Eviction** | **Racine County Circuit Court**<br>**Racine, WI** | **Eviction order entered August 2013; money portion dismissed October 2013** |
| **Allegro Apartments, LLC v. Holmes**<br>**Case No. 14 SC 131** | **Eviction** | **Racine County Circuit Court**<br>**Racine, WI** | **Eviction order entered January 2014; money portion dismissed February 2014** |
| **Allegro Apartments, LLC v. Steele**<br>**2014 SC 656** | **Eviction** | **Racine County Circuit Court**<br>**Racine, WI** | **Eviction order entered and money portion dismissed March 2014** |
| **Allegro Apartments, LLC v. Pfeifer**<br>**Case No. 2014 SC 1011** | **Eviction** | **Racine County Circuit Court**<br>**Racine, WI** | **Eviction order entered March 2014; money portion dismissed April 2014** |
| **Allegro Apartments, LLC v. Martinez**<br>**Case No. 2014 SC 1151** | **Eviction** | **Racine County Circuit Court**<br>**Racine, WI** | **Eviction order entered April 2014; money portion dismissed May 2014** |

B7 (Official Form 7) (04/13)                                                                                            4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Allegro Apartments, LLC v. Quinones Case No. 2014 SC 960** | **Eviction** | **Racine County Circuit Court Racine, WI** | **Eviction order entered March 2014; money portion dismissed April 2014** |
| **Allegro Apartments, LLC v. Bursey Case No. 2014 SC 1549** | **Eviction** | **Racine County Circuit Court Racine, WI** | **Eviction order entered May 2014** |
| **Allegro Apartments, LLC v. Young Case No. 2014 SC 1979** | **Eviction** | **Racine County Circuit Court Racine, WI** | **Pending** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    5

---

**8.  Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■       **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
□       concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
        preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pirogovsky Law, Ltd.**<br>**3000 Dundee Road**<br>**Suite 318**<br>**Northbrook, IL 60062** | **May 2014; $2,000 paid by Debtor's shareholders** | **$9,213.00 ($8,000.00 retainer subject to Court approval; $1,213.00 filing fee)** |
| **Pirogovsky Fremderman, Ltd.**<br>**3000 Dundee Road**<br>**Suite 318**<br>**Northbrook, IL 60062** | **April 2014** | **$2,000.00 for bankruptcy consultation in connection with negotiation with Olive Portfolio, LLC.** |

---

**10.  Other transfers**

None    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
■           transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
            filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
            spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■           trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■       otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
        financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
        cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
        include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                      6

**12.  Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■       immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
        depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None    List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■       occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■       Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
        commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
        the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
        the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                          7

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

| NAME AND ADDRESS OF | | |
| GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

### 18 . Nature, location and name of business

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
     partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
     immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
     within **six years** immediately preceding the commencement of this case.

     *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
     ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
     years** immediately preceding the commencement of this case.

     *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
     ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
     years** immediately preceding the commencement of this case.

| | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. | | | BEGINNING AND |
| NAME | (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | ENDING DATES |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐    supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                 DATES SERVICES RENDERED
**Alexander Bogachkov Accounting**                  **Prepared Annual Tax Returns**
**4020 Greenleaf**
**Skokie, IL 60076**

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■    of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)                                                                                      8

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■  of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■  issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■  and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
□

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|
| **Mark Mushinskiy**<br>**2100 Valley Lo Lane**<br>**Glenview, IL 60025** | **Member** | **50%** |
| **Asya Mushinskiy**<br>**2100 Valley Lo Lane**<br>**Glenview, IL 60025** | **Member** | **50%** |

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■  controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■  commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|---------------------|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■  immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|----------------------|

B7 (Official Form 7) (04/13)                                                                                        9

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **Asya Mushinskiy**<br>**2100 Valley Lo Lane**<br>**Glenview, IL 60025**<br>    **50% Owner; Property Manager** | **Compensation: Salary/Distribution** | **$42,000.00** |

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                    10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date  **May 22, 2014**                        Signature   **/s/ Mark Mushinsky**
                                                           **Mark Mushinsky**
                                                           **Member**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*



3000 Dundee Rd.
Ste.318
Northbrook, IL 60062

847.999.0832
847.580.4951 Fax
alex@alexplaw.com

May 19, 2014

Mark Mushinsky
Asya Mushinsky
Allegro Apartments, LLC
2100 Valley Lo Lane
Glenview, IL 60025

## RE:   Engagement for Legal Services

Dear Mr. and Mrs. Mushinsky:

I am very pleased for the opportunity to represent Allegro Apartments, LLC ("Allegro Apartments") in connection with its Chapter 11 Case. This letter will serve as my initial retention letter. It confirms the basic terms of our professional relationship.

## Legal Services

Alex Pirogovsky and Pirogovsky Law, Ltd. (collectively, "APLaw") will perform legal services in connection with the Allegro Apartments' Chapter 11 Bankruptcy Case (the "Case"). The legal services will include all aspects of the Case under Chapter 11 of the United States Bankruptcy Code with the exception of representation in any adversary proceeding that is filed against Allegro Apartments or that Allegro Apartments desires to prosecute.

## Security Retainer

APLaw is requiring a security retainer of $8,000.00 (the "Retainer") plus $1,213.00 for the Chapter 11 filing fee ("Filing Fee"). APLaw will deposit the Retainer in its client trust funds account, and it will remain in such account until further order of court. This is not present payment for future services; rather, the Retainer remains property of the client until the lawyer is authorized to apply it to charges for services that are actually rendered and related costs. Any unearned funds are refunded to the client. The purpose of a security retainer is to secure payment of fees for future services that the lawyer is expected to perform. APLaw will deposit the Retainer in its operating account to use for payment to the United States Bankruptcy Court for the filing of Allegro Apartments' Chapter 11 filing.

Mark Mushinsky
Asya Mushinsky
Allegro Apartments, LLC
May 19, 2014
Page Two

## Billing Rates

APLaw will perform legal services in connection with the Case at the following hourly rates:

- Alex Pirogovsky, Principal:       $300.00
- Paraprofessionals:                $175.00

APLaw's professionals and paraprofessionals will bill time in 6-minute increments.

APLaw will invoice Allegro Apartments monthly, detailing the time spent and the tasks performed and the out-of-pocket expenses incurred. In accordance with court order and the relevant sections of the United States Bankruptcy Code, APLaw periodically will file petitions for the Court's approval of APLaw's fees and expenses. Payment of APLaw's monthly invoices is subject to Court approval thereof.

## Retention

If the foregoing arrangement is acceptable to you, please indicate so by signing and returning a copy of this letter to me. Allegro Apartments' retention of Alex Pirogovsky and APLaw is subject to court approval, and this engagement is effective only upon the Court's entry of an order approving such engagement. APLaw will file, as soon as practicable, a Petition for court approval of its retention in the Case according to the terms of this Engagement Agreement.

If you have any questions, please do not hesitate to contact me.

Yours very truly,

Alex Pirogovsky

Terms acknowledged and accepted: _____     5/20/14
                                        Mark Mushinsky                   Date

Terms acknowledged and accepted: _____     5/20/14
                                        Asya Mushinsky                   Date

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Allegro Apartments, LLC**                                                    ,                Case No. _____

                                                            Debtor                Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Asya Mushinskiy**<br>**2100 Valley Lo Lane**<br>**Glenview, IL 60025** | **Common** | **50%** | **Membership Interest** |
| **Mark Mushinskiy**<br>**2100 Valley Lo Lane**<br>**Glenview, IL 60025** | **Common** | **50%** | **Membershuip Interest** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**May 22, 2014**_____        Signature__**/s/ Mark Mushinsky**_____
                                                                    **Mark Mushinsky**
                                                                    **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Allegro Apartments, LLC**                 Case No.

                                 Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                     **10**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 22, 2014**                  **/s/ Mark Mushinsky**

                                          **Mark Mushinsky**/Member
                                          Signer/Title

Asya Mushinskiy


Asya Mushinskiy
2100 Valley Lo lane
Glenview, IL 60025


Bank of America
PO Box 45144
Jacksonville, FL 32232-9923


Chase Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


City of Racine
Bin 88661
Milwaukee, WI 53288-0661


Mar Val Builders, Inc.
c/o Alexander Bogachkov, Reg. Agent
4020 Greenleaf
Skokie, IL 60076


Mark Mushinskiy
2100 Valley Lo lane
Glenview, IL 60025


Olive Portfolio, LLC
c/o Freeborn & Peters LLP
311 S. Wacker, Ste. 3000
Chicago, IL 60606


See Schedule G-1, Attached hereto
4015, 4037 Erie St.
822-828 Three Mile Road
Racine, WI 53402


See Schedule G-2, Attached hereto
831-833 College Ave.
Racine, WI 53403

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Allegro Apartments, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Allegro Apartments, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 22, 2014**

Date

**/s/ Alex Pirogovsky**

**Alex Pirogovsky 6256978**

Signature of Attorney or Litigant

Counsel for   **Allegro Apartments, LLC**

**Pirogovsky Law, Ltd.**

**3000 Dundee Road**
**Suite 318**
**Northbrook, IL 60062**
**(847) 999-0832 Fax:(847) 580-4951**
**alex@alexplaw.com**