**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ALLEGRO APARTMENTS, LLC, an Illinois limited liability company, | ) ) ) ) ) ) ) | Case No. 14-19324 Chapter 7  Hon. Timothy A. Barnes Hearing Date: March 10, 2015 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

**NOTICE OF MOTION AND HEARING
ON PROFESSIONALS FROM PIROGOVSKY LAW,
LTD.'S FINAL APPLICATION FOR COMPENSATION FOR
LEGAL SERVICES TO CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION**

To: All Creditors and Parties in Interest

**PLEASE TAKE NOTICE THAT** on May 22, 2014, Allegro Apartments, LLC (the "Debtor") filed for Chapter 11 bankruptcy relief under title 11 of the Bankruptcy Code. On June 25, 2014, an Order was entered authorizing the Employment and Retention of Alex Pirogovsky as General Counsel for the Debtor, effective as of May 17, 2014 (Docket #31).

**PLEASE TAKE FURTHER NOTICE** that on February 18, 2015, the Professionals from Pirogovsky Law, Ltd. filed their Final Application for Compensation for Legal Services to Chapter 11 Debtor and Debtor-In-Possession (the "Application") requesting compensation and reimbursement of expenses sought as actual, reasonable and necessary in the amount of $45,083.74 for the period between May 17, 2014 and February 10, 2015.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application is scheduled for March 10, 2015 at 10:00 a.m. in Courtroom 613, 219 S. Dearborn Street, Chicago, Illinois before the Honorable Timothy A. Barnes, or any judge sitting in his stead at which time you may attend.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, you or your attorney must:

1.  File a written response to the Application on or before the date set for the hearing on the motion by ECF or by mail at:

    Clerk of Court
    United States Bankruptcy Court
    219 South Dearborn Street
    Chicago, IL 60604

    or

2.  Attend the hearing scheduled to be held on March 10, 2015 at 10:00 a.m. at the United States Bankruptcy Court, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois.

If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your Response to:

> Alex Pirogovsky
> Pirogovsky Law, Ltd.
> 3000 Dundee Road, Suite 318
> Northbrook, Illinois  60062

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an Order granting that relief.


Date:___February 18, 2015_____


        Respectfully submitted,

        **PIROGOVSKY LAW, LTD.**

   By:  ___/s/  Alex Pirogovsky_____
        Counsel for the Debtor

-2-

## CERTIFICATE OF SERVICE

  I, Alex Pirogovsky, certify that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Local Bankruptcy Rule 9013-3(D), service of this the Notice of Motion and Hearing on Professionals from Pirogovsky Law, Ltd.'s Final Application for Compensation for Legal Services to Chapter 11 Debtor and Debtor-In-Possession, on the Debtor and on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants before 5:00 p.m. on February 18, 2015 and I served the Notice of Motion and Hearing on Pirogovsky Law, Ltd.'s Final Application for Compensation for Legal Services to Chapter 11 Debtor and Debtor-In-Possession on all other persons on the attached service list, I caused a copy to be sent First Class Mail, as indicated, before 5:00 p.m. on February 19, 2015.

Dated: February 18, 2015

                 /s/ Alex Pirogovsky

Alex Pirogovsky (ARDC No. 6256978)
Pirogovsky Law, Ltd.
3000 Dundee Road, Suite 318
Northbrook, Illinois  60062
Phone: (847) 999-0832
Fax:     (847) 580-4951
Email:  alex@alexplaw.com

COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION

**SERVICE LIST**

Office of the U.S. Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
**Via ECF**

Olive Portfolio, LLC
c/o Edward L. Filer and
Adam C. Toosley
Freeborn & Peters LLP
311 S. Wacker, Ste. 3000
Chicago IL 60606
**Via ECF**

City of Racine
Bin 88661
Milwaukee WI 53288

Bank of America
PO Box 45144
Jacksonville FL 32232

Chase Cardmember Service
PO Box 15153
Wilmington DE 19886

Mar Val Builders, Inc.
c/o Alexander Bogachkov,
   Reg. Agent
4020 Greenleaf
Skokie IL 60076

Aaliyah Almestica
4037 Erie St.
#205A
Racine, WI 53402

Alexandria Schaefer
522 Three Mile Rd.
#210B
Racine, WI 53402

Alicia Sykes
4023 Erie St
#112A
Racine, WI 53402

Allen Bery
4015 Erie St
#111C
Racine, WI 53402

Alonzo Brown
4035 Erie St
#110D
Racine, WI 53402

Alvarez Ivette
4037 Erie St.
#201A
Racine, WI 53402

Angel Davy
4023 Erie St.
#109A
Racine, WI 53402

Angela Cialdini
4023 Erie St.
#210A
Racine, WI 53402

Anisa Brooks
522 Three Mile Rd.
#112B
Racine, WI 53402

Anita Bawa
4037 Erie St.
#101A
Racine, WI 53402

Ann Monroe
4035 Erie St
#101D
Racine, WI 53402

Antoinete Morris
4015 Erie St
#212 C
Racine, WI 53402

Betty Kyle
528 Three Mile Rd.
#105B
Racine, WI 53402

Bonnie Oakley
4037 Erie St.
#103A
Racine, WI 53402

Brian Werle
4035 Erie St
#203D
Racine, WI 53402

Bonnie Bauman
831 College Ave.
Apt. 9
Racine, WI 53403

Bonnie Pharkouonh
528 Three Mile Rd.
#103B
Racine, WI 53402

Candy Coulter
4035 Erie St
#205D
Racine, WI 53402

| | | |
|---|---|---|
| Carol Munor<br>831 College Ave.<br>Apt. 3<br>Racine, WI 53403 | Carolyn Bewer<br>522 Three Mile Rd.<br>#207B<br>Racine, WI 53402 | Charline Grimes<br>4027 Erie St<br>#103C<br>Racine, WI 53402 |
| Darla Bartlet<br>4035 Erie St<br>#111D<br>Racine, WI 53402 | Darleen Richardson<br>522 Three Mile Rd.<br>#209B<br>Racine, WI 53402 | David Billingsley<br>4037 Erie St.<br>#106A<br>Racine, WI 53402 |
| David Browne<br>4035 Erie St<br>#212D<br>Racine, WI 53402 | Dennis Creuziger<br>4035 Erie St<br>#109D<br>Racine, WI 53402 | Dennis Quinn<br>4027 Erie St<br>#105C<br>Racine, WI 53402 |
| Devana Simpson<br>528 Three Mile Rd.<br>#104B<br>Racine, WI 53402 | Dina Clark<br>4035 Erie St<br>#211D<br>Racine, WI 53402 | Donald McLenan<br>522 Three Mile Rd.<br>#211B<br>Racine, WI 53402 |
| Elizabeth Milton<br>4015 Erie St<br>#108C<br>Racine, WI 53402 | Erica Oliver<br>4037 Erie St.<br>#206A<br>Racine, WI 53402 | Erica Smith<br>4015 Erie St<br>#207C<br>Racine, WI 53402 |
| Eula Amie<br>522 Three Mile Rd.<br>#107B<br>Racine, WI 53402 | Felecia Taylor<br>522 Three Mile Rd.<br>#208B<br>Racine, WI 53402 | Gary Anderson<br>4015 Erie St<br>#107C<br>Racine, WI 53402 |
| George Mitchell<br>4035 Erie St<br>#201D<br>Racine, WI 53402 | Gregory Fields<br>4035 Erie St<br>#207D<br>Racine, WI 53402 | Guadalupa Martinez<br>528 Three Mile Rd.<br>#201B<br>Racine, WI 53402 |
| Janison Hiler<br>528 Three Mile Rd.<br>#203B<br>Racine, WI 53402 | Jason Crauziger<br>4035 Erie St<br>#208D<br>Racine, WI 53402 | Joseph Owens<br>831 College Ave.<br>Apt. 7<br>Racine, WI 53403 |
| Joseph Washington<br>4035 Erie St<br>#107D<br>Racine, WI 53402 | Kally Tristano<br>4015 Erie St<br>#208C<br>Racine, WI 53402 | Kashena Spann<br>4027 Erie St<br>#101C<br>Racine, WI 53402 |

Case 14-19324    Doc 118    Filed 02/18/15    Entered 02/18/15 17:03:34    Desc Main
                    Document      Page 6 of 14

Ken Hinkle
4027 Erie St
#102C
Racine, WI 53402

Keneth Bell
831 College Ave.
Apt. 10
Racine, WI 53403

Kristen Williams
4037 Erie St.
#105A
Racine, WI 53402

Kyle Nelson
4023 Erie St.
#108A
Racine, WI 53402

LaQuasta Shannon Price
4035 Erie St
#210D
Racine, WI 53402

Latasha Formizy
4023 Erie St.
#212A
Racine, WI 53402

Latasha Johnson
4037 Erie St.
#203A
Racine, WI 53402

Lateisha Marshall
4035 Erie St
#105D
Racine, WI 53402

Latoria Jhonson
4027 Erie St
#206C
Racine, WI 53402

Latrice Evans
4035 Erie St
#209D
Racine, WI 53402

Lawanda Corey
4035 Erie St
#202D
Racine, WI 53402

Leola Ward
4035 Erie St
#106D
Racine, WI 53402

Lori Rudkowski
4027 Erie St
#104C
Racine, WI 53402

Luis Villfane
4023 Erie St.
#211A
Racine, WI 53402

Maggie Payne
4027 Erie St
#201C
Racine, WI 53402

Marcie Eanes
4035 Erie St
#108D
Racine, WI 53402

Maria Garza
4037 Erie St.
#104A
Racine, WI 53402

Mario Ocasio
528 Three Mile Rd.
#101B
Racine, WI 53402

Martica Winston
4027 Erie St
#203C
Racine, WI 53402

Michael Hackirson
831 College Ave.
Apt. 12
Racine, WI 53403

Penny Amie
522 Three Mile Rd.
#108B
Racine, WI 53402

Petrick Kettledon
4015 Erie St
#110C
Racine, WI 53402

Ramon Pacheco
4035 Erie St
#206D
Racine, WI 53402

Ranisha Mulisward
522 Three Mile Rd.
#212B
Racine, WI 53402

Rosseta Ervin
831 College Avenue
Apt. 1
Racine, WI 53403

Sarah Seelon
4037 Erie St.
#202A
Racine, WI 53402

Shannon Poisel
4015 Erie St
#112C
Racine, WI 53402

Sharon Toms
528 Three Mile Rd.
#102B
Racine, WI 53402

Shawon Hiler
831 College Ave.
Apt. 2
Racine, WI 53403

Sheldon Reeves
831 College Ave.
Apt. 8
Racine, WI 53403

Shelia Smith
4027 Erie St
#106C
Racine, WI 53402

Sherley Moore
4023 Erie St.
#110A
Racine, WI 53402

Teresa Simpson
4027 Erie St
#204C
Racine, WI 53402

Trai Lee
4015 Erie St
#109C
Racine, WI 53402

Yolanda Gonzales
4037 Erie St.
#204A
Racine, WI 53402

Zaneta Bowens
528 Three Mile Rd.
#202B
Racine, WI 53402

Allegro Apartments, LLC
2100 Valley Lo Lane
Glenview, IL 60025k

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ALLEGRO APARTMENTS, LLC, an Illinois limited liability company, | ) ) ) ) ) ) ) | Case No. 14-19324 Chapter 7  Hon. Timothy A. Barnes Hearing Date:  March 10, 2015 Hearing Time: 10:00 a.m. |
| Debtor. | | |

**PROFESSIONALS FROM PIROGOVSKY LAW,**
**LTD.'S FINAL APPLICATION FOR COMPENSATION FOR**
**LEGAL SERVICES TO CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION**

The professionals employed by Pirogovsky Law, Ltd. authorized to perform services on behalf of the Debtor, (collectively, "APLaw"), hereby present their Final Application for Compensation for Legal Services to Chapter 11 Debtor and Debtor-In-Possession (the "Application") pursuant to §§ 328, 330, 331, 503(b)(1) of the United States Bankruptcy Code (11 U.S.C. §101 et.seq., hereinafter the "Bankruptcy Code"[1]), Rule 2016 of the Federal Rules of Bankruptcy Procedure (hereinafter the "Bankruptcy Rules"), and Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois for allowance and payment of (i) compensation in the amount of $44,460.00 for 149.7 hours of reasonable and necessary legal services that APLaw has rendered to the Debtor and $623.74 in related necessary expenses incurred in connection therewith for the period between May 17, 2014 and February 10, 2015 (the "Application Period") and (ii) requests that APLaw be authorized to withdraw monies from the Security Retainer held by it and that the Debtor be authorized to make immediate payment of allowed fees and expenses from the Debtor's accounts to the extent such funds are available for such purpose.

In support of the Application, APLaw states:

---

[1] All references in this Application to any "§" shall be a reference to that section of the Bankruptcy Code.

**BACKGROUND**

1. On May 22, 2014 (the "Petition Date"), the Debtor filed with this Court its Voluntary Petition for relief under the Bankruptcy Code.

2. Pursuant to §§ 1107(a) and 1108, the Debtor continues to operate its businesses and manage its financial affairs as a debtor in possession until February 10, 2015, on which date the Court converted this case to one under Chapter 7 of the Bankruptcy Code. Prior to February 10, 2015, the United States Trustee had not appointed an Official Committee of Unsecured Creditors, and during that time no trustee or examiner had been appointed in this case.

3. The Debtor is an Illinois limited liability company engaged in the ownership and management of apartment buildings in Racine, Wisconsin.

4. Prior to the Petition Date, and pursuant to an Engagement Agreement, the Debtor made a payment of $6,000.00, and the members of the Debtor made a payment of $2,000.00 for the benefit of the Debtor, to APLaw, which APLaw is currently holding as a Security Retainer.

**SELECTION OF COUNSEL**

5. On June 25, 2014, the Court approved the Debtor's retention of Alex Pirogovsky of APLaw as general counsel in this case.

6. This is APLaw's Application for the payment of its fees and reimbursement of its expenses for the Application Period, and APLaw submits this Application pursuant to the Federal Rules of Bankruptcy Procedure and all applicable local rules.

7. Attached hereto as <u>Exhibit A</u> is a schedule summarizing the number of hours worked and the total dollars billed for services during the Application Period. The detailed records with respect to such fees are attached hereto as <u>Group Exhibit B</u>. For this Application Period, APLaw has incurred a total of $45,083.74 in legal fees and related expenses for legal services rendered on behalf of the Debtor.

**PROFESSIONAL SERVICES RENDERED**

8. APLaw has provided legal services in connection with the Debtor's case in the categories identified below.

9. During the Application Period, APLaw billed a total of 149.7 hours.

10. To assist the Court, creditors and other parties in interest to evaluate this fee application and determine the reasonableness of the requested compensation, APLaw has created six categories of services. <u>Exhibit A</u> attached hereto describes each category of service performed; and states the number of hours (in increments of one-tenth of an hour) spent providing the services.

**SERVICES RENDERED BY MATTER CATEGORIES**

11. The professional services that APLaw rendered are grouped into titled categories of the subject matters described below.

   a. **Category 1 – Employment and Fee Applications**

Time spent in this category relates to drafting, filing and presenting the employment application and necessary affidavits for APLaw.

| Professional | Hours | Rate | Fee |
|---|---|---|---|
| Alex Pirogovsky | 4.3 | $300.00 | $1,290.00 |

   b. **Category 2 – Schedules**

Time spent in this category relates to drafting, meetings with the Debtor, revising, preparing and filing the bankruptcy petition and all necessary schedules and review of Debtor's documents in connection therewith.

| Professional | Hours | Rate | Fee |
|---|---|---|---|
| Alex Pirogovsky | 9.6 | $300.00 | $2,880.00 |

### c. Category 3 – Cash Collateral

Time spent in this category relates to meetings with the Debtor to discuss use of cash collateral, negotiations with the secured lender for the use of cash collateral, drafting and presenting a motion for the use of cash collateral, reviewing, researching and responding to the secured lender's objection to the use of cash collateral and to the secured lender's motion to modify the Automatic Stay, preparation of multiple budgets with respect to the multiple interim orders for use of cash collateral, multiple court appearances regarding the use of cash collateral and motion to modify the Automatic Stay, preparation for and representation of the Debtor at an evidentiary hearing on the use of cash collateral and motion to modify the Automatic Stay; preparation and filling of the closing statement in connection with said evidentiary hearing.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Alex Pirogovsky | 69.8 | $300.00 | $20,940.00 |

### d. Category 4 – Operating Reports

Time spent in this category relates to the meetings with the Debtor, review of documents in connection with operating reports, preparation and filing of monthly operating reports for the Debtor.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Alex Pirogovsky | 38.1 | $300.00 | $11,430.00 |

### e. Category 5 – Creditors

Time spent in this category relates to review of documents concerning tenants of the subject properties, preparation and filing of Amended Schedule F concerning the tenants at the subject property, multiple telephone conferences with various tenants, meetings with Debtor regarding

settlement with secured creditor, negotiations with secured creditor regarding settlement, review of and research, preparation and filing of response to secured creditor's motion to bring adversary actions, multiple court appearances regarding said motion.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Alex Pirogovsky | 22.3 | $300.00 | $6,690.00 |
| Lidia Vysotskyy | 3.6 | $175.00 | $630.00 |
| **TOTAL** | **25.9** | | **$7,320.00** |

    f.  **Category 6 – Plan**

Time spent in this category relates to meetings with the Debtor and negotiations with the secured creditor regarding settlement/resolution.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Alex Pirogovsky | 2 | $300.00 | $600.00 |

**REIMBURSEMENT OF EXPENSES**

12. In connection with the services rendered above, APLaw incurred various expenses, the reimbursement of which it seeks hereby. APLaw submits that such expenses are reasonable and necessary. APLaw has incurred expenses in the following categories and amounts during the Application Period.

| Expense Category | Rate | Total |
|---|---|---|
| Photocopying | $.10/page | $101.60 |
| Postage/Federal Express | Actual Cost | $117.14 |
| Local travel | Actual Cost | $176.00 |
| Filing Fee: Amended Sch. F | Actual Cost | $30.00 |

-5-

| Expense Category | Rate | Total |
|---|---|---|
| Transcript of 11/19 hearing | Actual Cost | $195.00 |
| Pacer Docket Search | Actual Cost | $4.00 |
| **TOTAL** | | **$623.74** |

**STANDARDS FOR APPROVAL OF APPLICATION**

13. Section 330(a) of the Bankruptcy Code sets forth the applicable standards for compensation of retained professionals.

14. The rates charged by APLaw in this Application are the usual and customary hourly rates charged by the professionals employed by APLaw to other clients for similar legal services. These rates are comparable with, or lower than, the rates generally charged by other Chicago-based law firms in similar engagements. The amounts requested are fair and reasonable given (a) the complexity of the engagement, (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

15. APLaw submits that an award of its compensation and reimbursement of the expenses it incurred, as requested, is appropriate in the circumstances of this case.

16. No agreement exists between any of the professionals employed by APLaw and any third party for the sharing of compensation received by APLaw in connection with this case, except as allowed by United States §504 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure with respect to the sharing of compensation among partners and employees of APLaw.

17. This is APLaw's first Fee Application in this case.

## NOTICE

18. Pursuant to Rule 2002(a)(6) of the Bankruptcy Rules, APLaw has provided notice of this Application and the hearing on the Application to the Debtor, all creditors and parties in interest including parties who are entitled to notice through the Court's ECF system.

## NO PRIOR RELIEF

19. No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, the professionals employed by APLaw respectfully request that the Court enter an order:

a. granting them an allowance of compensation for professional fees in the amount of $44,460.00 incurred during this Application Period;
b. granting them reimbursement of expenses in the amount of $623.74 incurred during the Application Period;
c. authorizing and directing payment of the allowed fees and expenses from the Security Retainer held by APLaw and authorizing the Debtor to pay the balance of the allowed fees and expenses to APLaw to the extent such funds exist; and
d. granting them such other and further relief as may be just.

Date:    February 18, 2015

                              Respectfully submitted,

                              **PIROGOVSKY LAW, LTD.**

                              By:        /s/ Alex Pirogovsky
                                       Counsel for the Debtor

Alex Pirogovsky (ARDC No. 6256978)
Pirogovsky Law, Ltd.
3000 Dundee Road, Suite 318
Northbrook, Illinois  60062
Phone: (847) 999-0832
Fax:    (847) 580-4951
Email: alex@alexplaw..com

COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION