**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ALLEGRO APARTMENTS, LLC, an Illinois limited liability company, | ) ) ) ) ) ) | Case No. 14-19324<br>Chapter 7<br><br>Hon. Timothy A. Barnes |
| Debtor. | ) | |

## FINAL REPORT AND ACCOUNT

Allegro Apartments, LLC, Debtor herein, for its Final Report and Account, pursuant to FED. R. BANKR. P. 1019(5) and the Court's Order of February 10, 2015, hereby states:

1. On May 22, 2014 (the "Petition Date"), the Debtor filed with this Court its Voluntary Petition for relief under Chapter 11 of Title 11 the United States Code (the "Bankruptcy Code.").

2. Debtor owns and operates apartment buildings in Racine, Wisconsin (the "Property").

3. The Debtor's primary secured creditor is Olive Portfolio, LLC ("Olive"), who holds a security interest in the Property and postpetition rents from the Property.

4. On January 13, 2015, the Court entered an order granting Olive's motion to lift the automatic stay with respect to the Property and, on the record, denied Debtor's use of Olive's cash collateral.

5. On February 10, 2015, the Court entered an order converting the Debtor's case to a proceeding under Chapter 7 of the Bankruptcy Code (the "Conversion Order").  Until Olive receives its cash collateral, Olive has agreed to allow Debtor to make utility payments from its cash collateral.

6. The Conversion Order requires the Debtor to file, among other things, a final report and account as required under FED. R. BANKR. P. 1019(5).

7. On March 4, 2015, the Court granted, in part, Olive's Motion for Allowance of Claim and Turnover of Collateral Proceeds, with a draft order to follow, allowing Olive to receive turnover of its cash collateral ("Turover Order").

8. Upon entry of the Turnover Order, Debtor will turn over the balance of the Debtor-in-Possession account to Olive. The balance in the Debtor-in-Possession account as of March 11, 2015 is $13,134.89.

9. The Debtor has filed monthly operating reports through November 2014. Debtor will provide account statements for December 2014 through February 2015 to the Chapter 7 Trustee as requested.

10. Debtor has no significant tangible assets that are not encumbered by Olive's liens.

Date:___March 12, 2015___

Respectfully submitted,

**ALLEGRO APARTMENTS, LLC.**

By:_____/s/ Alex Pirogovsky_____
Counsel for the Debtor

Alex Pirogovsky (ARDC No. 6256978)
Pirogovsky Law, Ltd.
3000 Dundee Road, Suite 318
Northbrook, Illinois  60062
Phone: (847) 999-0832
Fax:     (847) 580-4951
Email:  alex@alexplaw..com