UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )        Case No. 14bk19324
        Allegro Apartments, LLC           )
                                          )        Chapter 7
                                          )
        Debtor.                           )        Honorable Timothy A. Barnes
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ALEX PIROGOVSKY, ATTORNEY FOR ALLEGRO APARTMENTS, LLC, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $44,460.00 | TOTAL COSTS REQUESTED: | $623.74 |
| VOLUNTARY REDUCTION:[1] | $2,610.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES REDUCED : | $1,197.00 | | |
| TOTAL FEES ALLOWED: | $40,653.00 | TOTAL COSTS ALLOWED: | $623.74 |

#### TOTAL FEES AND COSTS ALLOWED: $41,276.74

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

Olive Portfolio's cash collateral shall not be used to pay the amounts herein.

**(1)     Improper Time Increments for Billing – TOTAL of disallowed amounts: $645.00**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

**(2)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $492.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or

---

[1]     Voluntary reduction taken by counsel pursuant to Supplemental Application [Docket No. 126].

any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(3)** **Computational or Typographical Error – TOTAL of disallowed amounts: $60.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated:  March 18, 2015

Timothy A. Barnes
United States Bankruptcy Judge

**PIROGOVSKY LAW, LTD.**
3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                         July 31, 2014
2100 Valley Lo Lane                                                  270-1
Glenview, IL 60025

Matter No. 270-1
Chapter 11 - Employment and Fee Applications

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL TO PAY BY CARD

**Fees:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/23/14 | AP | Draft Motion to Employ, 2014 Affidavit, Notice of Motion and Draft Order | 1.60 | $480.00 |
| 06/03/14 | AP | Court appearance regarding motion to employ and status (includes travel) | 2.50 | $750.00 |
| 06/03/14 | AP | Draft 2016 Disclosure | 0.20 | $60.00 |
| | | Hours: | 4.30 | |
| | | Total fees: | | $1,290.00 |

**Expenses:**

| Date | | Description | Amount |
|---|---|---|---|
| 05/23/14 | AP | Copies - Motion to Employ | $6.50 |
| 05/23/14 | AP | Postage - Motion to Employ | $4.55 |
| 06/03/14 | AP | Travel and parking expense | $12.00 |
| | | Total expenses: | $23.05 |



EXHIBIT

B

Matter No. 270-1                                          July 31, 2014
Chapter 11 - Employment and Fee Applications                    Page 2

**Retainer:**

| | | |
|---|---|---|
| 05/20/14 | | $8,000.00 |
| | Total retainer received: | $8,000.00 |

---

**Billing Summary**

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 1,313.05 |
| **Total now due** | **$1,313.05** |
| Retainer balance | $8,000.00 |

# PIROGOVSKY LAW, LTD.

3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                             July 31, 2014
2100 Valley Lo Lane                                                      270-2
Glenview, IL 60025

Matter No. 270-2
Chapter 11 - Schedules

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL TO PAY BY CARD

| Fees: | | | Hours | Amount |
|---|---|---|---|---|
| 05/17/14 | AP | Telephone conference with M. Mushinsky regarding Chapter 11 Filing (.4); Email correspondence to M. Mushinsky regarding requirements for filing (.2) | 0.60 | $180.00 |
| 05/19/14 | AP | Review of loan documents (.6) and email correspondence with M. Mushinsky regarding same (.1) and prepare schedules (.4) | 1.10 | $330.00 |
| 05/20/14 | AP | Meeting with M. Mushinsky regarding Chapter 11 filing and necessary documents and information for filing | 1.00 | $300.00 |
| 05/22/14 | AP | 5/20 - 5/22: Review documents and information in connection with schedules and statement of financial affairs (2.3); prepare schedules and statement of financial affairs (3.4); multiple emails and telephone conferences with M. Mushinsky regarding filing and various documentation for Chapter 11 filing (.5) | 6.20 | $1,860.00 |
| 06/05/14 | AP | Prepare and file Business Income and Expenses | 0.40 | $120.00 |

(1) Time

(2) Lumping

Matter No. 270-2                                                 July 31, 2014
Chapter 11 - Schedules                                         Page 2

|  |  | Schedule |  |  |  |
|---|---|---|---|---|---|
| 07/03/14 | AP | Amend Statement of Financial Affairs |  | 0.30 | $90.00 |
|  |  | Hours: | | 9.60 | |
|  |  | Total fees: |  |  | $2,880.00 |

**Expenses:**

| 06/13/14 | AP | Filing Fee: Amended Schedule F |  | $30.00 |
|---|---|---|---|---|
| 06/13/14 | AP | Postage |  | $42.14 |
| 06/13/14 | AP | Copies |  | $43.00 |
|  |  | Total expenses: |  | $115.14 |

**Billing Summary**

| Previous balance | $0.00 |
|---|---|
| Payments & adjustments | 0.00 |
| Current fees & expenses | 2,995.14 |
| **Total now due** | **$2,995.14** |
| Retainer balance | $8,000.00 |

# PIROGOVSKY LAW, LTD.

3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                                July 31, 2014
2100 Valley Lo Lane                                                            270-3
Glenview, IL 60025

Matter No. 270-3
Chapter 11 - Cash Collateral

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL TO PAY BY CARD

| Fees: | | | Hours | Amount |
|---|---|---|---|---|
| 06/03/14 | AP | 6/1 - 6/3: Prepare cash collateral motion and draft order | 2.40 | $720.00 |
| 06/03/14 | AP | 6/1 - 6/3: Multiple telephone conferences and meeting with M. Mushinsky regarding cash collateral budgets | 1.10 | $330.00 |
| 06/07/14 | AP | Review of Olive's Objection to Cash Collateral and Motion to Lift Stay | 0.70 | $210.00 |
| 06/09/14 | AP | Telephone conference with M. Mushinsky regarding cash collateral motion, objection thereto, Motion to Lift Stay, strategy | 0.60 | $180.00 |
| 06/17/14 | AP | 6/14 - 6/17: Legal research regarding right to use cash collateral when collateral lacks equity (3.5); draft response to motion to lift stay (3.2) | 6.70 | $2,010.00 |
| 06/17/14 | AP | Meeting with M. Mushinsky regarding cash collateral motion, lift stay motion and budgets | 0.60 | $180.00 |
| 06/18/14 | AP | Court appearance regarding cash collateral | 2.70 | $810.00 |

(2) Lumping

(2) Lumping

(2) Lumping

Matter No. 270-3                                                                                July 31, 2014
Chapter 11 - Cash Collateral                                                                         Page 2

|  |  |  | motion, motion to lift stay and employment motion (includes travel) |  |  |
|---|---|---|---|---|---|
|  | 06/18/14 | AP | Prepare bare-bones budget for interim cash collateral motion (.5) and email correspondence with M. Mushinsky regarding same (.1). | 0.50 | $150.00 |
| (1) Time | 06/19/14 | AP | Meeting with M. Mushinskiy and A. Mushinskiy regarding operating budget for interim cash collateral motion | 1.50 | $450.00 |
|  | 06/20/14 | AP | Revise budget (.4); multiple email correspondence with S. DeRousse regarding budget and Order setting hearing on cash collateral motion (.4); Review of order setting hearing on cash collateral motion (.2) | 1.00 | $300.00 |
|  | 06/25/14 | AP | Court appearance regarding cash collateral and motion to employ | 0.80 | $240.00 |
|  | 06/25/14 | AP | Multiple emails with S. DeRousse regarding cash collateral order and budget and review of order | 1.00 | $300.00 |
|  | 06/25/14 | AP | Review and revise cash collateral budget | 0.70 | $210.00 |
|  | 06/26/14 | AP | Multiple emails and Telephone conference with S. DeRousse and S. Wolfe regarding cash collateral order. | 0.40 | $120.00 |
|  | 06/30/14 | AP | Telephone conference with and Email with M. Mushinskiy regarding interim cash collateral order | 0.20 | $60.00 |
|  | 07/03/14 | AP | Meeting with M. Mushinsky regarding Olive Portfolio's document request for cash collateral hearing | 0.80 | $240.00 |
|  | 07/06/14 | AP | Draft and prepare response to Olive Portfolio's document requests | 2.20 | $660.00 |
|  | 07/09/14 | AP | Multiple emails with client and A. Toosley regarding additional documents responsive to document request | 0.20 | $60.00 |

Matter No. 270-3                                                                July 31, 2014
Chapter 11 - Cash Collateral                                                        Page 3

(3)
Typo/
Same
Entry

| 07/10/14 | AP | Multiple emails with client and A. Toosley regarding additional documents responsive to document request | 0.20 | $60.00 |
| 07/11/14 | AP | Multiple emails and telphone calls with S. DeRousse regarding additional documents for document request and continuation of cash collateral hearing | 0.30 | $90.00 |
| 07/13/14 | AP | Review of 2004 Motions for MarVal and Mark II | 0.20 | $60.00 |
| 07/14/14 | AP | Review of additional documents responsive to Olive Portfolio's document request and email correspondence with S. DeRousse and A. Toosley regarding same. | 0.50 | $150.00 |
| 07/14/14 | AP | Meeting with M. Mushinskiy regarding DIP Account and Operating report | 0.20 | $60.00 |
| 07/15/14 | AP | Court appearance regarding cash collateral motion | 1.50 | $450.00 |
| 07/15/14 | AP | Telephone conference with M. Mushinskiy regarding cash collateral hearing and possible resolution | 0.20 | $60.00 |
| 07/21/14 | AP | Prepare Second Interim Cash Collateral budget | 0.40 | $120.00 |
| 07/27/14 | AP | Revise Second Interim Cash Collateral budget (.2); multiple emails correspondence with S. DeRousse and Judge's chambers regarding same (.2) | 0.40 | $120.00 |
| 07/30/14 | AP | Emails with Judge's chambers regarding continuation of cash collateral hearing. | 0.10 | $30.00 |
| | | Hours: | 28.10 | |
| | | Total fees: | | $8,430.00 |

**Expenses:**

| 06/03/14 | AP | Copies | $8.00 |
| 06/03/14 | AP | Postage | $6.44 |

Matter No. 270-3                                                    July 31, 2014
Chapter 11 - Cash Collateral                                           Page 4

| 06/17/14 | AP | Postage | $3.64 |
| 06/17/14 | AP | Copies | $3.60 |
| 06/18/14 | AP | Travel and Parking expense | $12.00 |
| 07/31/14 | AP | Pacer charges - July 2014 | $0.70 |

|  |  | Total expenses: | $34.38 |

**Billing Summary**

| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 8,464.38 |
| **Total now due** | **$8,464.38** |
| Retainer balance | $8,000.00 |

Jan.22. 2015 10:40AM                                          No.1405   P. 3

## PIROGOVSKY LAW, LTD.
3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                    December 31, 2014
2100 Valley Lo Lane                                                    270-3
Glenview, IL 60025

Matter No. 270-3
Chapter 11 - Cash Collateral

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL OR VISIT ALEXPLAW.COM/CONTACT-US/
TO PAY BY CARD

| Fees: | | | Hours | Amount |
|-------|-----|---------------------------------------------------------|------|--------|
| 08/16/14 | AP | Telephone conference with M. Mushinskiy regarding cash collateral hearing continuance | 0.10 | $30.00 |
| 09/05/14 | AP | Prepare cash collateral budget through 9/30/14 (.5) and email S. DeRousse regarding same (.1). | 0.60 | $180.00 |
| 09/18/14 | AP | Telephone conference with and email correspondence with S. DeRousse regarding continuance of Cash Collateral hearing (.2); draft motion and order to continue hearing (.6). | 0.80 | $240.00 |
| 10/15/14 | AP | Email correspondence with S. DeRousse and court clerk regarding scheduling of hearing and settlement (.2) | 0.20 | $60.00 |
| 10/29/14 | AP | Prepare interim cash collateral budgets | 1.20 | $360.00 |
| 11/05/14 | AP | Mutiple emails and Telephone conferences with with M. Mushinskiy regarding escrow account (.4); multiple emails with A. Toosley regarding same (.3) | 0.70 | $210.00 |

Jan.22. 2015 10:41AM                                    No.1405   P. 4

Matter No. 270-3                                    December 31, 2014
Chapter 11 - Cash Collateral                                    Page 2

| | | | | |
|---|---|---|---|---|
| 11/05/14 | AP | Multiple emails and telephone conference with S. DeRousse regarding interim cash collateral order | 0.40 | $120.00 |
| 11/06/14 | AP | Review interim cash collateral order (.3); prepare budgets (.5); email correspondence with S. DeRousse regarding same (.5) | 1.30 | $390.00 |
| 11/17/14 | AP | Prepare for Cash Collateral/Lift Stay Hearing | 2.50 | $750.00 |
| 11/18/14 | AP | Multiple emails with A. Toosley regarding cash collateral hearing, exhibits, stipulations (.8); review of stipulations, exhibits (1); prepare for hearing (4); multiple emails with M. Mushinskiy regarding hearing (.4) | 6.20 | $1,860.00 |
| 11/19/14 | AP | Hearing (5.5); preparation for hearing (2) | 7.50 | $2,250.00 |
| 11/22/14 | AP | Prepare interim cash collateral budget with client | 0.50 | $150.00 |
| 11/24/14 | AP | Prepare interim budget (.7); email correspondence with S. DeRousse regarding same (.1) | 0.80 | $240.00 |
| 11/26/14 | AP | Review of interim cash collateral order and budget | 0.30 | $90.00 |
| 12/12/14 | AP | Review of caselaw cited by Olive in preparation for closing statement brief | 4.40 | $1,320.00 |
| | | Hours: | 27.50 | |
| | | Total fees: | | $8,250.00 |

(1) Time  *(marginal annotations next to 11/17/14 and 11/19/14)*

Expenses:

| | | | |
|---|---|---|---|
| 11/06/14 | AP | Federal Express to A. Toosley | $19.93 |
| 11/18/14 | AP | Copying | $40.50 |
| 11/19/14 | AP | Parking | $36.00 |
| 12/11/14 | AP | Transcript of November 19 Hearing | $195.00 |
| 12/11/14 | AP | FedEx to A. Toosley | $19.56 |

Jan.22. 2015 10:41AM                                        No.1405   P. 5

Matter No. 270-3                                          December 31, 2014
Chapter 11 - Cash Collateral                                        Page 3

                          Total expenses:                      $310.99

Billing Summary

    Previous balance                  $8,464.38
    Payments & adjustments                 0.00
    Current fees & expenses            8,560.99

    Total now due                    $17,025.37

    Retainer balance                  $8,000.00

# PIROGOVSKY LAW, LTD.
3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                              February 16, 2015
2100 Valley Lo Lane                                                              270-3
Glenview, IL 60025

Matter No. 270-3
Chapter 11 - Cash Collateral

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL OR VISIT ALEXPLAW.COM/CONTACT-US/
TO PAY BY CARD

| Fees: | | | Hours | Amount |
|---|---|---|---|---|
| 01/04/15 | AP | Legal research regarding classification of unsecured deficiency claim versus other unsecured claims for cramdown (1.7); review transcript and documents from hearing on Motion to Lift Stay and Motion for Use of Cash Collateral (2.5); draft closing brief (1.4) | 5.60 | $1,680.00 |
| 01/07/15 | AP | Meeting with M. Mushinskiy regarding adequate protection payment (.2); Draft letter to A. Toosley regarding adequate protection payment (.1) | 0.30 | $90.00 |
| 01/08/15 | AP | Review of Olive Portfolio's closing brief | 0.80 | $240.00 |
| 01/13/15 | AP | Court appearance regarding Motion to Lift Stay and Motion to Use Cash Collateral (includes travel) | 3.50 | $1,050.00 |
| 01/14/15 | AP | Meeting with M. Mushinskiy regarding chapter 11 case and possibilities going forward | 1.00 | $300.00 |

(1) Time

Matter No. 270-3                                                        February 16, 2015
Chapter 11 - Cash Collateral                                                      Page 2

| 02/10/15 | AP | Court appearance regarding Motion to Convert or Dismiss (includes travel) | 3.00 | $900.00 |

|  |  | Hours: | 14.20 |  |
|  |  | Total fees: |  | $4,260.00 |

**Expenses:**

| 01/07/15 | AP | Federal Express - adequate protection payment to A. Toosley | $19.89 |
| 01/13/15 | AP | Travel and Parking for Court Appearance | $12.00 |
| 01/31/15 | AP | Pacer for January 2015 | $3.30 |
| 02/10/15 | AP | Travel and Parking for Court Appearance | $26.00 |

|  |  | Total expenses: | $61.19 |

**Billing Summary**

| Previous balance | $17,025.37 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 4,321.19 |
| **Total now due** | **$21,346.56** |
| Retainer balance | $8,000.00 |

**PIROGOVSKY LAW, LTD.**
3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC
2100 Valley Lo Lane
Glenview, IL 60025

July 31, 2014
270-4

Matter No. 270-4
Chapter 11 - Operating Reports

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL TO PAY BY CARD

| | Fees: | | | Hours | Amount |
|---|---|---|---|---|---|
| (1) Time | 05/29/14 | AP | Meeting with M. Mushinsky regarding operating instructions and reporting requirements | 1.00 | $300.00 |
| | 05/29/14 | AP | Email correspondence to S. Wolfe regarding Insurance certificates and OIRR requirements | 0.20 | $60.00 |
| | 06/09/14 | AP | Meeting with M. Mushinsky and B. Wakefield regarding case and Operating and Reporting Requirements (includes travel) | 2.70 | $810.00 |
| | 06/26/14 | AP | 6/24 - 6/26: Prepare May Operating Report (1) and multiple emails and conferences with M. Mushinskiy and A. Mushinskiy regarding same (.4) | 1.40 | $420.00 |
| (1) Time | 06/26/14 | AP | Meeting with M. Mushinskiy to finalize operating report | 0.50 | $150.00 |
| | 07/18/14 | AP | Prepare June Operating Report | 0.40 | $120.00 |
| | 07/23/14 | AP | Prepare Trustee Quarterly payment form and email M. Mushinskiy regarding same. | 0.20 | $60.00 |

Matter No. 270-4                                                        July 31, 2014
Chapter 11 - Operating Reports                                              Page 2

| 07/27/14 | AP | Prepare Accounts Receivables for June Operating Report | 0.30 | $90.00 |
|---|---|---|---|---|
| | | Hours: | 6.70 | |
| | | Total fees: | | $2,010.00 |

**Expenses:**

| 06/09/14 | AP | Travel and Parking expense | $12.00 |
|---|---|---|---|
| | | Total expenses: | $12.00 |

**Billing Summary**

| Previous balance | $0.00 |
|---|---|
| Payments & adjustments | 0.00 |
| Current fees & expenses | 2,022.00 |
| **Total now due** | **$2,022.00** |
| Retainer balance | $8,000.00 |

## PIROGOVSKY LAW, LTD.
3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                      December 31, 2014
2100 Valley Lo Lane                                                    270-4
Glenview, IL 60025

Matter No. 270-4
Chapter 11 - Operating Reports

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL OR VISIT ALEXPLAW.COM/CONTACT-US/
TO PAY BY CARD

| Fees: | | | | Hours | Amount |
|---|---|---|---|---|---|
| 08/26/14 (1) Time | AP | Meeting with M. Mushinskiy regarding additional information needed for June and July operating reports and regarding settlement offers. | | 1.00 | $300.00 |
| 08/26/14 | AP | Prepare June operating report | | 0.20 | $60.00 |
| 09/07/14 | AP | Review documents and preparation of June and July operating reports (2.8); email correspondence with client regarding documents for operation reports (.3). | | 3.10 | $930.00 |
| 10/02/14 (1) Time | AP | Prepare June operating report | | 2.50 | $750.00 |
| 10/10/14 (1) Time | AP | Prepare June and July Operating Reports | | 3.00 | $900.00 |
| 10/20/14 | AP | Finalize June and July operating reports (2.3); letter to S. Wolfe regarding June and July Operating Reports (.2) | | 2.50 | $750.00 |
| 10/21/14 | AP | Prepare August Operating Report | | 2.30 | $690.00 |

Matter No. 270-4                                      December 31, 2014
Chapter 11 - Operating Reports                                   Page 2

| 10/22/14 | AP | Court appearance regarding status (includes travel) | 2.80 | $840.00 |
|---|---|---|---|---|
| 10/29/14 | AP | Finalize August Operating Report (1.3); draft letter to S. Wolfe regarding August Operating Report (.2) | 1.50 | $450.00 |
| 10/31/14 | AP | Prepare September Operating Report | 0.40 | $120.00 |
| 11/01/14 | AP | Prepare September Operating Report | 2.20 | $660.00 |
| 11/03/14 | AP | Prepare September Operating Report | 1.00 | $300.00 |
| 11/04/14 | AP | Finalize September Operating Report (.7); draft letter to S. Wolfe regarding same (.2) | 0.90 | $270.00 |
| 11/07/14 | AP | Multiple emails with S. DeRousse regarding interim cash collateral order | 0.30 | $90.00 |
| 11/11/14 | AP | Draft October operating report | 1.50 | $450.00 |
| 11/13/14 | AP | Draft October Operating Report | 0.90 | $270.00 |
| 11/15/14 | AP | Draft October Operating Report | 1.70 | $510.00 |
| 11/18/14 | AP | Draft letter to S. Wolfe regarding October Operating Report | 0.20 | $60.00 |
| 12/13/14 | AP | Prepare November Operating Report | 2.00 | $600.00 |
| 12/17/14 | AP | Prepare November operating report | 0.70 | $210.00 |
| 12/19/14 | AP | Prepare November Operating Report (.5); letter to S. Wolfe regarding same (.2) | 0.70 | $210.00 |

|  | | Hours: | 31.40 | |
|---|---|---|---|---|
|  | | Total fees: | | $9,420.00 |

Expenses:

| 10/22/14 | AP | Travel and Parking | | $18.00 |
|---|---|---|---|---|

|  | | Total expenses: | | $18.00 |

Jan.22. 2015 10:42AM                                          No.1405   P. 8

Matter No. 270-4                                              December 31, 2014
Chapter 11 - Operating Reports                                        Page 3

---

**Billing Summary**

| | |
|---|---|
| Previous balance | $2,022.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 9,438.00 |
| **Total now due** | **$11,460.00** |
| Retainer balance | $8,000.00 |

## PIROGOVSKY LAW, LTD.
3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                                          July 31, 2014
2100 Valley Lo Lane                                                                    270-5
Glenview, IL 60025

Matter No. 270-5
Chapter 11 - Creditors

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL TO PAY BY CARD

| Fees: | | | Hours | Amount |
|---|---|---|---|---|
| 06/12/14 | AP | Telephone conferences with M. Mushinsky regarding tenants addresses and security deposits (.2); Review of tenants' addresses and security deposits (.3) | 0.50 | $150.00 |
| 06/12/14 | LV | Prepare Amended Schedule F of tenants and security deposits and prepare same for mailing to all creditors | 3.60 | $630.00 |
| 06/23/14 | AP | Creditors' Meeting (includes travel) | 2.80 | $840.00 |
| 06/24/14 | AP | Telephone conference with tenant Pacheco regarding Chapter 11 case | 0.10 | $30.00 |
| 07/06/14 | AP | Telephone conference with C. Grimes, tenant, regarding status of case | 0.10 | $30.00 |
| | | Hours: | 7.10 | |
| | | Total fees: | | $1,680.00 |

Matter No. 270-5                                                    July 31, 2014
Chapter 11 - Creditors                                                  Page 2

**Expenses:**

| 06/23/14 | AP | Travel and Parking expense | $12.00 |
|----------|----|-----------------------------|--------|
| 06/24/14 | AP | Postage and Copy of Notice of Amended Schedule F to Pacheco | $0.99 |

Total expenses:                    $12.99

---

**Billing Summary**

| Previous balance | $0.00 |
|------------------|-------|
| Payments & adjustments | 0.00 |
| Current fees & expenses | 1,692.99 |
| **Total now due** | **$1,692.99** |
| Retainer balance | $8,000.00 |

# PIROGOVSKY LAW, LTD.
3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                          December 31, 2014
2100 Valley Lo Lane                                                      270-5
Glenview, IL 60025

Matter No. 270-5
Chapter 11 - Creditors

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL OR VISIT ALEXPLAW.COM/CONTACT-US/
TO PAY BY CARD

| Fees: | | | Hours | Amount |
|---|---|---|---|---|
| 11/12/14 | AP | Meeting with M. Mushinskiy regarding settlement options and reorganization prospects/plan. | 2.30 | $690.00 |
| 11/12/14 | AP | Multiple emails with A. Toosley and S. DeRousse regarding settlement proposal. | 0.20 | $60.00 |
| 11/20/14 | AP | Review of Olive's Motion to File Adversary complaints | 0.30 | $90.00 |
| 11/21/14 | AP | Legal research regarding creditors' right to bring preference/ fraudulet transfer suits | 3.00 | $900.00 |
| 11/25/14 | AP | Court appearance regarding Olive's Motion to Bring preference actions (includes travel) | 2.50 | $750.00 |
| 11/26/14 | AP | Review stipulated facts and documents from November 19 hearnig for submission to Court | 0.50 | $150.00 |
| 12/07/14 | AP | Draft response to Olive's Motion to bring adversary actions | 2.50 | $750.00 |

Jan. 22. 2015 10:43AM                                      No. 1405   P. 10

Matter No. 270-5                                        December 31, 2014
Chapter 11 - Creditors                                             Page 2

| 12/11/14 | AP | Research and draft response to Olive's Motion to bring adversary actions | 1.80 | $540.00 |
|---|---|---|---|---|
| 12/15/14 | AP | Finalize and file response to Olive's motion to bring adversary suits | 1.30 | $390.00 |
| 12/16/14 | AP | Multiple email correspondence with A. Toosley and M. Mushinskiy regarding settlement proposal | 0.30 | $90.00 |
| 12/18/14 | AP | Legal research regarding issues for closing statement | 3.70 | $1,110.00 |
| 12/21/14 | AP | Draft email to A. Toosley regarding settlement | 0.40 | $120.00 |
| | | Hours: | 18.80 | |
| | | Total fees: | | $5,640.00 |

**Expenses:**

| 11/25/14 | AP | Parking | $36.00 |
|---|---|---|---|
| 12/31/14 | AP | Computer research – December | $369.11 |
| | | Total expenses: | $405.11 |

---

**Billing Summary**

| Previous balance | $1,692.99 |
|---|---|
| Payments & adjustments | 0.00 |
| Current fees & expenses | 6,045.11 |
| **Total now due** | **$7,738.10** |
| Retainer balance | $8,000.00 |

Jan. 22. 2015 10:43AM                                    No. 1405    P. 11

## PIROGOVSKY LAW, LTD.
3000 Dundee Road, Suite 318
Northbrook, Illinois 60062
Telephone (847) 999-0832
Facsimile (847) 580-4951

Allegro Apartments, LLC                                    December 31, 2014
2100 Valley Lo Lane                                               270-6
Glenview, IL 60025

Matter No. 270-6
Chapter 11 - Plan

PLEASE MAKE CHECK PAYABLE TO
PIROGOVSKY LAW, LTD.

WE ACCEPT CREDIT CARD PAYMENTS.
PLEASE CALL OR VISIT ALEXPLAW.COM/CONTACT-US/
TO PAY BY CARD

| Fees: | | | Hours | Amount |
|---|---|---|---|---|
| 08/15/14 | AP | Telephone conference with M. Mushinskiy regarding plan of reorganization options | 0.20 | $60.00 |
| 08/18/14 | AP | Multiple email correspondence with client and Olive Portfolio regarding settlement offer | 0.30 | $90.00 |
| 08/26/14 | AP | Email correspondence with Olive Portfolio counsel regarding additional information in connection with settlement offer | 0.10 | $30.00 |
| 09/11/14 | AP | Multiple emails with A. Toosley regarding settlement proposal. | 0.30 | $90.00 |
| 09/11/14 | AP | Email and telephone conference with M. Mushinskiy regarding personal financial statement in connection with settlement offer. | 0.40 | $120.00 |
| 09/17/14 | AP | Meeting with M. Mushinskiy regarding personal financial statement and settlement (.4); revise personal financial statement (.2); email correspondence with A. Toosley regarding | 0.70 | $210.00 |

Jan.22. 2015 10:44AM                                    No.1405   P. 12

Matter No. 270-6                                        December 31, 2014
Chapter 11 - Plan                                                 Page 2

personal financial statement (.1).

| | Hours: | 2.00 | |
|---|---|---|---|
| | Total fees: | | $600.00 |

## Billing Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 600.00 |
| **Total now due** | **$600.00** |
| Retainer balance | $8,000.00 |